USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARICULTURA DEL NORTE, S. DE R.L.
DE C.V., *et al.*,

        Plaintiffs,

v.

WORLDBUSINESS CAPITAL, INC., *et al.*,

        Defendants.

Case No. 1:14-cv-~~05061-PGG~~
14-cv-10143 (CM)

STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT OVERSEAS
PRIVATE INVESTMENT
CORPORATION

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for Plaintiffs Maricultura del Norte, S. de R.L. de C.V. and Servax Bleu, S. de R.L. de

C.V. and Defendant Overseas Private Investment Corporation that the claims asserted against

Overseas Private Investment Corporation, and only those claims, are hereby dismissed without

prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      January 23, 2015

By: _____
Ilan Rosenberg
GORDON & REES, LLP
Attorneys for Plaintiffs
*Maricultura del Norte, S. de R.L. de C.V. and*
*Servax Bleu, S. de R.L. de C.V.*
2005 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 717-4026 (telephone)
(215) 253-1111 (facsimile)
irosenberg@gordonrees.com

By: _____
Michael J. Byars
United States Attorney's Office

Attorney for Defendant
*Overseas Private Investment Corporation*
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2793 (telephone)
(212) 637-2717 (facsimile)
michael.byars@usdoj.gov