ILAN ROSENBERG
IROSENBERG@GORDONREES.COM
DIRECT DIAL: (215) 717-4026
DIRECT FAX:  (215) 253-5111

**GORDON & REES** LLP

ATTORNEYS AT LAW
ONE COMMERCE SQUARE
2005 MARKET ST., SUITE 2900
PHILADELPHIA, PA 19103
PHONE: (215) 561-2300
FAX:     (215) 693-6650
WWW.GORDONREES.COM

March 11, 2015

<u>VIA ECF</u>

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

   **Re:** **Maricultura del Norte, S. de R.L. de C.V.  v. WorldBusiness Capital, Inc.**
     **Case No. 1:14-cv-10143**

Dear Judge McMahon:

  I am counsel to the plaintiffs in the above-styled matter and write to request a brief adjournment of the initial conference that the Court rescheduled from February 27 to March 27, 2015, in conjunction with its recent disposition of the disqualification motion.

  I have prepaid vacation plans with my family in Florida from March 21-28.  While my partner Mr. Cohn would be available on the scheduled date, I am the main client contact, as well as a native Spanish speaker and Mexican attorney.  It is therefore very important to my clients, and I believe that it would be beneficial to the Court, for me to be in attendance at the initial conference.

  If the Court could accommodate me by rescheduling the initial conference to any day during the week of March 31-April 3 (or any other subsequent date convenient to the Court), I would be most grateful.  I have communicated with all opposing counsel and am authorized to represent that they have no opposition to this request.

The Honorable Colleen McMahon
March 11, 2015
Page 2

      I appreciate the Court's consideration.

                          Respectfully,

                          GORDON & REES LLP

                          Ilan Rosenberg

IR:
cc:     All counsel of record (via ECF)