USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/15

McMahon, C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARICULTURA DEL NORTE, S. DE R.L. DE C.V., *et al.*,

Plaintiffs,

v.

WORLDBUSINESS CAPITAL, INC., *et al.*,

Defendants.

Case No. 14 CV 10143

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT OVERSEAS PRIVATE INVESTMENT CORPORATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs Maricultura del Norte, S. de R.L. de C.V. and Servax Bleu, S. de R.L. de C.V. and Defendant Overseas Private Investment Corporation that the claims asserted against Overseas Private Investment Corporation, and only those claims, are hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 23, 2015

By: _____
Ilan Rosenberg
GORDON & REES, LLP
Attorneys for Plaintiffs
*Maricultura del Norte, S. de R.L. de C.V. and Servax Bleu, S. de R.L. de C.V.*
2005 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 717-4026 (telephone)
(215) 253-1111 (facsimile)
irosenberg@gordonrees.com

By: _____
Michael J. Byars
United States Attorney's Office
Attorney for Defendant
*Overseas Private Investment Corporation*
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2793 (telephone)
(212) 637-2717 (facsimile)
michael.byars@usdoj.gov

SO ORDERED:

_____
U.S.D.J.

3/14/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARICULTURA DEL NORTE, S. DE R.L. DE C.V., *et al.*,

Plaintiffs,

v.

WORLDBUSINESS CAPITAL, INC., *et al.*,

Defendants.

Case No. 14 CV 10143

## CERTIFICATION OF SERVICE

The undersigned certifies that the within Stipulation of Dismissal was contemporaneously served on all counsel of record by ECF, and by First Class Mail upon all other parties to the following addresses:

Assistant U.S. Attorney Michael J. Byars
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Counsel for Overseas Private Investment Corporation*

WORLDBUSINESS CAPITAL, INC.
One State Street, Suite 2350
Hartford, CT 06103

UMAMI SUSTAINABLE SEAFOOD, INC.
1230 Columbia Street Suite 440
San Diego, CA 92101

CRAIG A. TASHJIAN
39 South Virginia Court
Englewood Cliffs, NJ 07632

AMERRA CAPITAL MANAGEMENT, LLC
1185 Avenue of the Americas
18th Floor
New York, NY 10036

By: /s/ Ilan Rosenberg
Ilan Rosenberg

1103471/21960667v.1