

| | SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SHANGHAI |
| --- | --- | --- | --- | --- |
| | 787 SEVENTH AVENUE | BOSTON | HOUSTON | SINGAPORE |
| | NEW YORK, NY 10019 | BRUSSELS | LONDON | SYDNEY |
| | +1 212 839 5300 | CENTURY CITY | LOS ANGELES | TOKYO |
| | +1 212 839 5599 FAX | CHICAGO | NEW YORK | WASHINGTON, D.C. |
| | | DALLAS | PALO ALTO | |
| | | GENEVA | SAN FRANCISCO | |

sbierman@sidley.com
(212) 839 5510

FOUNDED 1866

January 29, 2016

**By ECF**

The Honorable Colleen McMahon
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Maricultura del Norte, S. De R.L. de C.V., et al. v. WorldBusiness Capital, Inc., et al., 14 Civ. 10143 (CM)

Dear Judge McMahon:

In accordance with Rule IV(A) of Your Honor's Individual Practices and Procedures, enclosed is a courtesy copy of the Amended Answer of defendants AMERRA Capital Management, LLC and Craig A. Tashjian, filed as of right pursuant to Fed. R. Civ. P. 15(a). The Amended Answer corrects inadvertent misnumbering of paragraph references in paragraphs 8, 27, and 186 of the Answer, and makes no other amendments.

Respectfully submitted,

Steven M. Bierman

Enclosure
cc: All Counsel