1:14-cv-10143-CM-KNF

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of June, two thousand twenty,

Maricultura Del Norte, S. De R.L. De C.V., Servax Bleu, S. De R.L. De C.V.,

    Plaintiffs-Counter-Defendants-Appellees,

v.

Umami Sustainable Seafood, Inc.,

    Defendant-Counter-Claimant - Appellant,

Worldbusiness Capital, Inc.,

    Defendant-Counter-Claimant,

Overseas Private Investment Corporation, Craig A. Tashjian, Amerra Capital Management, LLC,

    Defendants.

**ORDER**
Docket No. 20-948

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 15 2020

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/15/2020